In the Matter of TALIB W. ABDUR-RASHID, Appellant, v NEW YORK CITY POLICE DEPARTMENT et al., Respondents.

In the Matter of SAMIR HASHMI, Appellant, v NEW YORK CITY POLICE DEPARTMENT et al., Respondents.

Submitted May 1, 2017; decided May 4, 2017

Reported below, 140 AD3d 419.

Motion by Reporters Committee for Freedom of the Press et al. for leave to appear amici curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed.

Judge WILSON taking no part.

BLUE ISLAND DEVELOPMENT, LLC, et al., Respondents, v TOWN OF HEMPSTEAD et al., Appellants.

Decided May 4, 2017

Appeal dismissed without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.